UNITED STATES DISTRICT COURT FILED
FOR THE DISTRICT OF MASSACHUSETTS OFFICE

2003 NOV 24  A 10: 20

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| KATHERINE WAGNER<br><br>Plaintiff,<br><br>v.<br><br>SOCIÉTÉ AIR FRANCE (improperly designated as "Air France")<br><br>Defendant. | CIVIL ACTION NO.: _____<br><br>03-40260 |

## NOTICE OF REMOVAL

TO:   THE HONORABLE JUDGES OF THE UNITED STATES
<u>DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS</u>

PLEASE TAKE NOTICE that the Defendant, Société Air France (improperly designated "Air France"), by and through its undersigned counsel, Robins, Kaplan, Miller & Ciresi LLP, hereby notifies this Honorable Court of the removal of the above-captioned civil action from the Fitchburg District Court to the United States District Court for the District of Massachusetts. The basis for removal is more particularly stated as follows:

1.   On or about September 2, 2003, the Plaintiff, Katherine Wagner ("Plaintiff"), commenced this action by filing a Statement of Small Claim in the Fitchburg Division of the District Court Department, in the county of Worcester, in the matter captioned *Katherine Wagner v. Air France*, Civil Action No. 0316 SC 1088. A true and correct copy of the Statement of Small Claim is attached hereto as Exhibit "A."

35011700.1

FILING FEE PAID:
RECEIPT # 404216
AMOUNT $ 150.00
BY DPTY CLK XH
                11-24-03

2. On or about November 5, 2003, Defendant received a copy of the attached Notice of Small Claim at its Florida customer service center.

3. There have been no further proceedings in the Fitchburg District Court and there are no other pleadings of record in that action.

4. This Notice of Removal is being filed with the Court within thirty (30) days of Defendant's receipt of the Statement of Small Claim as provided by 28 U.S.C. §1446(b).

5. Defendant is a foreign corporation, duly organized and existing under the laws of the Republic of France, with a principal place of business located in Paris, France.

6. The Republic of France owns a majority of the shares of stock of the Defendant.

7. Defendant is an "agent or instrumentality of a foreign state" as defined by 28 U.S.C. §1603 as it is a corporation with a majority of shares owned by a foreign state or political subdivision.

8. This Court has original jurisdiction over this action pursuant to 28 U.S.C. §1330, without regard to the amount in controversy and this action is removable pursuant to 28 U.S.C. §1441(d).

9. As an agency or instrumentality of a foreign state, Defendant hereby invokes its right pursuant to 28 U.S.C. §1441(d) to have this action tried without a jury in the United States District Court for the District of Massachusetts.

WHEREFORE, Defendant, Société Air France (improperly designated Air France), respectfully requests that the above-captioned action be removed from the Fitchburg Division of

the District Court Department to this Honorable Court.

Respectfully submitted,
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

*/s/ Peter F. Winters*

Peter F. Winters. (BBO No.: 555698)
111 Huntington Avenue, Suite 1300
Boston, Massachusetts 02199
(617) 267-2300
Attorneys for Defendant, Société Air France

DATED: November 24, 2003

## CERTIFICATE OF SERVICE

I, Peter F. Winters, Esq., hereby certify that a true and correct copy of the foregoing document has been mailed, first class mail, postage prepaid on November 24, 2003, to the plaintiff's counsel Bruce Skine, 620 Lewis Wharf, Boston, MA 02110.

_____
Peter F. Winters, Esq.



| STATEMENT OF SMALL CLAIM AND NOTICE OF TRIAL | For Court Use Only ▶ 0316 SC 1088 | Trial Court of Massachusetts Small Claims Session |
|---|---|---|

| PART 1 | ☐ BOSTON MUNICIPAL COURT | ☒ DISTRICT COURT Fitchburg Sm Claims Division | ☐ HOUSING COURT Division |
|---|---|---|---|

**PART 2**
PLAINTIFF'S NAME, ADDRESS, ZIP CODE AND PHONE: Katherine Wagner / Norm Wagner, 8 Glen Lane / 39 Mass Ave, Sudbury MA 01776 / Lunenburg MA 01462
PHONE NO: 978-342-1330
PLAINTIFF'S ATTORNEY (If any): Name: ___ Address: ___ PHONE NO: ___ BBO NO: ___

RECEIVED NOV - 7 2003 NYC AJ

**PART 3**
DEFENDANT'S NAME, ADDRESS, ZIP CODE AND PHONE: Air France - Customer Relations, P.O. Box 459000, Sunrise, FL 33345
PHONE NO: 877-247-9247
ADDITIONAL DEFENDANT (If any): ___
PHONE NO: 40.00

97020000009/12/03 SMALL CLAIM 30.00
97020000009/12/03 SURCHARGE 10.00

**PART 4**
PLAINTIFF'S CLAIM. The defendant owes $2000.00 plus $___ court costs for the following reasons: Give the date of the event that is the basis of your claim.

On 7/19/03, Air France practiced unfair and deceptive trade practices. I had confirmed reservations for flight 1149. Air France bumped me from my flight and made no attempt to reschedule me on another flight leaving me stranded in France.

SIGNATURE OF PLAINTIFF X  Norm Wagner / Katherine Wagner   DATE 9/1/03

**PART 5**
MEDIATION: Mediation of this claim may be available prior to trial if both parties agree to discuss the matter with a mediator, who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date.
☐ The plaintiff is willing to attempt to settle this claim through court mediation.

**PART 6**
MILITARY AFFIDAVIT: The plaintiff states under the pains and penalties of perjury that the:
☒ above defendant(s) is (are) not serving in the military and at present live(s) or work(s) at the above address.
☐ above defendant(s) is (are) serving in the military.
X [signature]   SIGNATURE OF PLAINTIFF   DATE

**NOTICE OF TRIAL**
NOTICE TO DEFENDANT: You are being sued in Small Claims Court by the above named plaintiff. You are directed to appear for trial of this claim on the date and time noted to the right.
If you wish to settle this claim before the trial date, you should contact the plaintiff or the plaintiff's attorney.
SEE ADDITIONAL INSTRUCTIONS ON THE BACK OF THIS FORM

NAME AND ADDRESS OF COURT: FITCHBURG DISTRICT COURT, 100 ELM STREET, FITCHBURG, MA 01420
DATE AND TIME OF TRIAL: MONDAY, 12/1/03 AT 1:00 PM
ROOM NO: MAIN FLOOR COURTROOM

BOTH THE PLAINTIFF AND THE DEFENDANT MUST APPEAR AT THIS COURT ON THE DATE AND TIME SPECIFIED

FIRST JUSTICE: PAUL F. LOCONTO     CLERK-MAGISTRATE OR DESIGNEE: [signature]

INSTRUCTIONS FOR FILING A SMALL CLAIM — You must complete Parts 1-6 of this form. See instructions on reverse.
DC-SC-1 (01/02)   ATENCION: ESTE ES UN AVISO OFICIAL DE LA CORTE. SI USTED NO SABE LEER INGLES, OBTENGA UNA TRADUCCION.

DEFENDANT'S NOTICE (FIRST CLASS MAIL OR OFFICER SERVICE) (COURT USE ONLY)

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

03-40260

The JS-44 civil cover sheet and information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

FILED IN CLERKS OFFICE
2003 NOV 24 A 10:19
DISTRICT OF MASS.

## I. (a) PLAINTIFFS

Katherine Wagner

**DEFENDANTS**

Societe Air France (improperly designated as Air France)

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Worcester
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c) ATTORNEY'S (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Bruce Skrine, Esq.
628 Lewis Wharf
Boston, MA 02110
508 331-6899

**ATTORNEYS (IF KNOWN)**

Peter F. Winters, Esq.
111 Huntington Avenue, Suite 1300
Boston, MA 02199-7610
617 267-2300

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties In Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PLTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place Of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☒ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USD 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 820 Copyrights | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 830 Patent | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 840 Trademark | ☐ 875 Customer Challenge 12 USC 3410 |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 862 Black Lung (923) | ☐ 893 Economic Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Ebergt Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Equipment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigatoin | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 950 Constituionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 540 Mandaus & Other | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | ☐ 871 IRS - Third Party 28 USC 7609 | |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL UNLESS DIVERSITY.)

Unfair and deceptive business practice, USC 1446

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

**DEMAND $** 2,000.00

CHECK YES only if demanded in complaint
JURY DEMAND: ☐ YES ☒ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE _____  DOCKET NUMBER _____

DATE: November 24, 2003

SIGNATURE OF ATTORNEY OF RECORD: /s/

**FOR OFFICE USE ONLY**

RECEIPT# _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

03-40260

1. Title of case (name of first party on each side only)  Katherine Wagner v. Societe Air France (improperly designated as Air France)

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

    ___  I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    ___  II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.

    _X_  III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

    ___  IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

    ___  V.    150, 152, 153.

    *Also complete AO 120 or AO 121 for patent, trademark or copyright cases

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES ☐   NO  X☐

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES ☐   NO  X☐

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES ☐   NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES ☐   NO  X☐

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES ☐   NO ☐

    A.  If yes, in which division do all of the non-governmental parties reside?
        Eastern Division ☐   Central Division ☐   Western Division ☐

    B.  If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
        Eastern Division ☐   Central Division X☐   Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES ☐   NO  X☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME  Peter F. Winters, Esq.
ADDRESS  111 Huntington Avenue, Boston, MA 02199-7610
TELEPHONE NO.  617 267-2300

(#35011705v1<BN1> -WAGNER V. AIR FRANCE - Category Sheet.wpd - 10/17/02)