UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KATHERINE WAGNER

    Plaintiff,

v.

SOCIÉTÉ AIR FRANCE (improperly designated as "Air France")

    Defendant.

CIVIL ACTION NO.: _____

03-40260 -NMG

### SOCIÉTÉ AIR FRANCE'S FED. R. CIV. P 7.1 AND LOCAL RULE 7.3 CORPORATE DISCLOSURE

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Defendant Société Air France hereby certifies as follows:

Société Air France is not a subsidiary of any other corporation nor is ten percent (10%) or more of its stock owned by a public corporation.

Respectfully submitted,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Peter F. Winters. (BBO No.: 555698)
111 Huntington Avenue, Suite 1300
Boston, Massachusetts 02199
(617) 267-2300
Attorneys for Defendant, Société Air France

DATED: November 24, 2003

35011712.1

## CERTIFICATE OF SERVICE

    I, Peter F. Winters, Esq., hereby certify that a true and correct copy of the foregoing document has been mailed, first class mail, postage prepaid on November 2 7, 2003, to the plaintiff's counsel Bruce Skrine, 628 Lewis Wharf, Boston, MA 02110.

_____
Peter F. Winters, Esq.