| | Small Claims DOCKET | DOCKET NUMBER 200316SC001088 | Trial Court of Massachusetts District Court Department | |
|---|---|---|---|---|
| CASE NAME KATHERINE WAGNER vs. AIR FRANCE | | 03-CV-40260 | CURRENT COURT FILED Fitchburg District Court CLERKS OFFICE 100 Elm Street Fitchburg, MA 01420-8189 (978) 345-2111 AT 11:51 2003 U.S. DISTRICT COURT DISTRICT OF MASS. | |

| ASSOCIATED DOCKET NO. | DATE FILED 09/12/2003 | DATE DISPOSED 00/00/0000 | |
|---|---|---|---|

**PLAINTIFF(S)**

P01  KATHERINE WAGNER
     C/O NORM WAGNER
     39 MASS AVE
     LUNENBURG, MA 01462
     (978) 342-1330

**PLAINTIFF'S ATTORNEY**

**DEFENDANT(S)/OTHER SINGLE PARTIES**

D01  AIR FRANCE
     CUSTOMER RELATIONS
     PO BOX 459000
     SUNRISE, FL 33345
     (877) 247-9247

**DEFENDANT'S ATTORNEY**

| NO. | ENTRY DATE | DOCKET ENTRIES |
|---|---|---|
| 1 | 10/03/2003 | Statement of Small Claim entered on 09/12/2003 at Fitchburg District Court. |
| 2 | 10/03/2003 | Filing fee of $30.00 and surcharge of $10.00 paid (G.L. c.218 §22; 262 §4C). |
| 3 | 10/03/2003 | Case Inactivated: No future events scheduled. |
| 4 | 10/22/2003 | Small claim notice of trial issued to plaintiff(s) by first class mail, and to defendant(s) by certified and first class mail (Uniform Small Claims Rule 3(a)). |
| 5 | 10/22/2003 | MAGISTRATE TRIAL SCHEDULED for 12/01/2003 01:00 PM. |
| 6 | 11/07/2003 | Return of service on small claim notice of trial to D01 AIR FRANCE: Certified mail returned DELIVERED; signed receipt returned. |
| 7 | 11/26/2003 | Notice of Removal to the U. S. District Court filed. |

Page 1 of 2   A TRUE COPY, ATTEST:   CLERK-MAGISTRATE/ASST. CLERK   X _Ronald B. Dysenic_   DATE 12-2-03

Date/Time Printed: 12/02/2003 12:23 PM

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

ATTORNEYS AT LAW

SUITE 1300
111 HUNTINGTON AVENUE
BOSTON, MA 02199-7610
TEL: 617-267-2300  FAX: 617-267-8288
www.rkmc.com

PETER F. WINTERS
(617) 859-2716

November 24, 2003

Clerk of the Court
Fitchburg District Court/Small Claims Division
100 Elm Street
Fitchburg, Massachusetts 01420

     Re:    <u>*Katherine Wagner v. Societe Air France*/Civil Action 0316 SC 1088</u>

Dear Sir/Madam:

     I enclose a Notice of Removal to the U.S. District Court for the above-captioned matter.

     If you have any questions, please do not hesitate to call me.

               Yours very truly,

               ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

               Peter F. Winters

/bjc
enclosures

35011743.1

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, SS                                                        FITCHBURG DISTRICT COURT

| | |
|---|---|
| KATHERINE WAGNER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 0316 SC 1088 |
| SOCIÉTÉ AIR FRANCE (improperly designated ) | |
| as "Air France") ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

To Plaintiff Katherine Wagner:

Please be advised that a Notice of Removal was filed in this action removing it to the United States District Court for the District of Massachusetts, Worcester Division, on November 2\|, 2003.

A copy of said Notice attached and is served and filed herewith.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

_____
Peter F. Winters. (BBO No.: 555698)
111 Huntington Avenue, Suite 1300
Boston, Massachusetts 02199
(617) 267-2300
Attorneys for Defendant, Société Air France

35011637.1

## CERTIFICATE OF SERVICE

I, Peter F. Winters, Esq., hereby certify that a true and correct copy of the foregoing document has been mailed, first class mail, postage prepaid on November 24, 2003, to the plaintiff and plaintiff's counsel, Bruce Skrine, Esq. 628 Lewis Wharf, Boston, MA 02110.

Peter F. Winters, Esq.

UNITED STATES DISTRICT COURT FILED
FOR THE DISTRICT OF MASSACHUSETTS CLERKS OFFICE

|  |  |
|---|---|
| KATHERINE WAGNER ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SOCIÉTÉ AIR FRANCE (improperly designated ) <br> as "Air France") ) <br> ) <br> Defendant. ) <br> ) | 2004 NOV 24 A 10:19 <br><br> U.S. DISTRICT COURT <br> DISTRICT OF MASS. <br><br> CIVIL ACTION NO.:_____ <br><br> **03-40260** |

## NOTICE OF REMOVAL

TO:   THE HONORABLE JUDGES OF THE UNITED STATES
      DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

PLEASE TAKE NOTICE that the Defendant, Société Air France (improperly designated "Air France"), by and through its undersigned counsel, Robins, Kaplan, Miller & Ciresi LLP, hereby notifies this Honorable Court of the removal of the above-captioned civil action from the Fitchburg District Court to the United States District Court for the District of Massachusetts. The basis for removal is more particularly stated as follows:

1.   On or about September 2, 2003, the Plaintiff, Katherine Wagner ("Plaintiff"), commenced this action by filing a Statement of Small Claim in the Fitchburg Division of the District Court Department, in the county of Worcester, in the matter captioned *Katherine Wagner v. Air France*, Civil Action No. 0316 SC 1088. A true and correct copy of the Statement of Small Claim is attached hereto as Exhibit "A."

35011700.1

2. On or about November 5, 2003, Defendant received a copy of the attached Notice of Small Claim at its Florida customer service center.

3. There have been no further proceedings in the Fitchburg District Court and there are no other pleadings of record in that action.

4. This Notice of Removal is being filed with the Court within thirty (30) days of Defendant's receipt of the Statement of Small Claim as provided by 28 U.S.C. §1446(b).

5. Defendant is a foreign corporation, duly organized and existing under the laws of the Republic of France, with a principal place of business located in Paris, France.

6. The Republic of France owns a majority of the shares of stock of the Defendant.

7. Defendant is an "agent or instrumentality of a foreign state" as defined by 28 U.S.C. §1603 as it is a corporation with a majority of shares owned by a foreign state or political subdivision.

8. This Court has original jurisdiction over this action pursuant to 28 U.S.C. §1330, without regard to the amount in controversy and this action is removable pursuant to 28 U.S.C. §1441(d).

9. As an agency or instrumentality of a foreign state, Defendant hereby invokes its right pursuant to 28 U.S.C. §1441(d) to have this action tried without a jury in the United States District Court for the District of Massachusetts.

WHEREFORE, Defendant, Société Air France (improperly designated Air France), respectfully requests that the above-captioned action be removed from the Fitchburg Division of

the District Court Department to this Honorable Court.

                            Respectfully submitted,
                            ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

                            Peter F. Winters. (BBO No.: 555698)
                            111 Huntington Avenue, Suite 1300
                            Boston, Massachusetts 02199
                            (617) 267-2300
                            Attorneys for Defendant, Société Air France

DATED: November 24, 2003

## CERTIFICATE OF SERVICE

I, Peter F. Winters, Esq., hereby certify that a true and correct copy of the foregoing document has been mailed, first class mail, postage prepaid on November 24, 2003, to the plaintiff's counsel Bruce Skine, 62½ Lewis Wharf, Boston, MA 02110.

Peter F. Winters, Esq.

| STATEMENT OF SMALL CLAIM AND NOTICE OF TRIAL | For Court Use Only | DOCKET NO. 0316SC1088 | Trial Court of Massachusetts Small Claims Session |
|---|---|---|---|

**PART 1**
☐ BOSTON MUNICIPAL COURT    ☒ DISTRICT COURT Fitchburg Sm Claims Division    ☐ HOUSING COURT _____ Division

**PART 2**
PLAINTIFF'S NAME, ADDRESS, ZIP CODE AND PHONE: Katherine Wagner / Norm Wagner
8 Glen Lane   39 Mass Ave
Sudbury MA 01776   Lunenburg MA 01462
PHONE NO: 978-342-1330

PLAINTIFF'S ATTORNEY (if any):
Name: _____
Address: _____
BBO NO: _____

RECEIVED NOV -7 2003 NYC AJ

**PART 3**
DEFENDANT'S NAME, ADDRESS, ZIP CODE AND PHONE:
Air France - Customer Relations
P.O. Box 459000
Sunrise, FL 33345
PHONE NO: 877-247-9247

ADDITIONAL DEFENDANT (if any):
97020000009/12/03 SMALL CLAIM  30.00
97020000009/12/03 SURCHARGE   10.00
PHONE NO: 40.00

**PART 4**
PLAINTIFF'S CLAIM. The defendant owes $2000.00 plus $_____ court costs for the following reasons: Give the date of the event that is the basis of your claim.

On 7/19/03, Air France practiced unfair and deceptive trade practices. I had confirmed reservations for flight 1149. Air France bumped me from my flight and made no attempt to reschedule me on another flight, leaving me stranded in France.

SIGNATURE OF PLAINTIFF X _Katherine Wagner_   DATE 9/1/03

**PART 5**
MEDIATION: Mediation of this claim may be available prior to trial if both parties agree to discuss the matter with a mediator, who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date.
☐ The plaintiff is willing to attempt to settle this claim through court mediation.

**PART 6**
MILITARY AFFIDAVIT: The plaintiff states under the pains and penalties of perjury that the:
☒ above defendant(s) is (are) not serving in the military and at present live(s) or work(s) at the above address.
☐ above defendant(s) is (are) serving in the military.

X _signature_   SIGNATURE OF PLAINTIFF   DATE

**NOTICE TO DEFENDANT:**
You are being sued in Small Claims Court by the above named plaintiff. You are directed to appear for trial of this claim on the date and time noted to the right.
If you wish to settle this claim before the trial date, you should contact the plaintiff or the plaintiff's attorney.
SEE ADDITIONAL INSTRUCTIONS ON THE BACK OF THIS FORM

FIRST JUSTICE: PAUL F. LOCONTO
CLERK-MAGISTRATE OR DESIGNEE: _signature_

NAME AND ADDRESS OF COURT:
FITCHBURG DISTRICT COURT
100 ELM STREET
FITCHBURG, MA 01420

DATE AND TIME OF TRIAL:
MONDAY, 12/1/03 AT 1:00 PM
ROOM NO: MAIN FLOOR COURTROOM

BOTH THE PLAINTIFF AND THE DEFENDANT MUST APPEAR AT THIS COURT ON THE DATE AND TIME SPECIFIED

INSTRUCTIONS FOR FILING A SMALL CLAIM — You must complete Parts 1-6 of this form. See instructions on reverse.

| STATEMENT OF SMALL CLAIM AND NOTICE OF TRIAL | For Court Use Only | DOCKET NO. 0316SC1088 | Trial Court of Massachusetts Small Claims Session |
|---|---|---|---|

**PART 1**
- ☐ BOSTON MUNICIPAL COURT
- ☒ DISTRICT COURT — Fitchburg Sm. Claims Division
- ☐ HOUSING COURT _____ Division

**PART 2** — PLAINTIFF'S NAME, ADDRESS, ZIP CODE AND PHONE
Katherine Wagner, Norm Wagner
8 Glen Lane  39 Mass Ave
Sudbury, MA 01776  Lunenburg, MA 01462
PHONE NO: 978-342-1330

PLAINTIFF'S ATTORNEY (if any): _____

**PART 3** — DEFENDANT'S NAME, ADDRESS, ZIP CODE AND PHONE
Air France – Customer Relations
P.O. Box 459000
Sunrise, FL 33345
PHONE NO: 877-247-9247

ADDITIONAL DEFENDANT (if any): _____
PHONE NO: 40.00

**PART 4** — PLAINTIFF'S CLAIM. The defendant owes $ 1000.00 plus $ ~~75.00~~ court costs for the following reasons: Give the date of the event that is the basis of your claim.

On 7/19/03, Air France practiced unfair and deceptive trade practices. I had confirmed reservations for flight 1149. Air France bumped me from my flight and made no attempt to reschedule me on another flight, leaving me stranded in France.

SIGNATURE OF PLAINTIFF  X Katherine Wagner  9/1/03

**PART 5** — MEDIATION: Mediation of this claim may be available prior to trial if both parties agree to discuss the matter with a mediator, who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date.
☐ The plaintiff is willing to attempt to settle this claim through court mediation.

**PART 6** — MILITARY AFFIDAVIT: The plaintiff states under the pains and penalties of perjury that the:
☒ above defendant(s) is (are) not serving in the military and at present live(s) or work(s) at the above address.
☐ above defendant(s) is (are) serving in the military

SIGNATURE OF PLAINTIFF  X _____  DATE _____

**NOTICE TO DEFENDANT:**
You are being sued in Small Claims Court by the above named plaintiff. You are directed to appear for trial of this claim on the date and time noted to the right.
If you wish to settle this claim before the trial date, you should contact the plaintiff or the plaintiff's attorney.
SEE ADDITIONAL INSTRUCTIONS ON THE BACK OF THIS FORM

NAME AND ADDRESS OF COURT:
FITCHBURG DISTRICT COURT
100 ELM STREET
FITCHBURG, MA 01420

DATE AND TIME OF TRIAL: MONDAY, 12/1/03 AT 1:00 PM
ROOM NO. MAIN FLOOR COURTROOM

BOTH THE PLAINTIFF AND THE DEFENDANT MUST APPEAR AT THIS COURT ON THE DATE AND TIME SPECIFIED

FIRST JUSTICE: PAUL F. LOCONTO
CLERK MAGISTRATE OR DESIGNEE: _____

**INSTRUCTIONS FOR FILING A SMALL CLAIM** — You must complete Parts 1-6 of this form. See instructions on reverse.





| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits.  12-1-03 | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) ALVIN STAPLES   C. Date of Delivery |
| 1. Article Addressed to: 0316SC 1088 - 0316SC1093<br><br>Air France | D. Is delivery address different from item 1? ☐ Yes<br>if YES, enter delivery address below: ☐ No<br><br>OCT 27 2003 |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  7002 3150 0006 7751 1658 | |
| PS Form 3811, August 2001   Domestic Return Receipt | 2ACPRI-03-P-4081 |

