UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

N O T I C E

Please take notice that the civil action cases on the attached list have been

transferred to JUDGE F. DENNIS SAYLOR, IV for all further proceedings. From this date

forward the number on all pleadings should be followed by the letters _FDS to indicate

assignment of the case to JUDGE SAYLOR. In addition, please ensure that all future

correspondence with the Clerk's Office has the proper number and letters on the lower

left hand corner of the envelope, as well as on the correspondence or pleading being

filed.

PLEASE NOTE that unless otherwise notified by the Court, all scheduling deadlines

set by judges previously assigned to these cases will be adhered to by Judge Saylor.

Questions concerning cases assigned to Judge Saylor may be directed to Martin

Castles, Courtroom Deputy at (508) 929-9904.

Thank you for your cooperation in this matter.

TONY ANASTAS, Clerk

By:    /s/ Martin Castles
                  Deputy Clerk

Date:  June 18, 2004

Copies to:    Counsel

## Civil Cases

| Case Number | Case Name |
|---|---|
| 03-cv-12641 | Grossman v. Cliftex Corporation et al |
| 03-cv-40244 | Cyrus v. Winn et al |
| 01-cv-40177 | Weiss v. Lavallee et al |
| 01-cv-40184 | Delucia v. Barnhart, et al |
| 01-cv-40190 | Charter Communication, et al v. Sanchez |
| 01-cv-40201 | Glass v. Bissonnette, et al |
| 01-cv-40204 | In Re: Nickless, et al v. Merrill Lynch Price |
| 02-cv-11381 | Chaney v. Bulkmatic Transport |
| 02-cv-30182 | Cabot Saftey Int, et al v. Crews, Inc. |
| 02-cv-40001 | Baggesen v. American Skandia Life, et al |
| 02-cv-40022 | Incase Incorporated, et al v. Timex Corporation |
| 02-cv-40023 | Nawotny v. Olympic Steel Inc., et al |
| 02-cv-40048 | Bousquet, et al v. Athol Memorial Hospital, et al |
| 02-cv-40079 | R. Pellegrino Trucki v. McNeilus Truck & Man |
| 02-CV-40092 | Smith v Ficco |
| 02-cv-40105 | Barnes v Barnhart |
| 02-cv-40125 | Daluise v. Evergrass Inc., et al |
| 02-cv-40133 | Spencer Furniture Inc. v. Media Arts Group, Inc. et al |
| 02-cv-40134 | Corrado v. Burnes, et al |
| 02-cv-40150 | Sterling Research v. Pietrobono |

| | |
|---|---|
| 02-cv-40152 | Blair v. City of Worcester, et al |
| 02-cv-40153 | Tousignant v. City of Worcester, et al |
| 02-cv-40154 | Clermont, et al v. Alagarin, et al |
| 02-cv-40159 | Cronin v. Shaw Industries Inc., et al |
| 02-cv-40163 | Beamer Eye Gear, Inc. v. LaCasse, et al |
| 02-cv-40172 | LaVallee, et al v. Sunoco, Inc. |
| 02-cv-40176 | Equal Employment Opp v. Worcester Art Museum |
| 02-cv-40190 | Laumeister, et al v. Mank, et al |
| 02-cv-40200 | Babineau v. Industrial Commercia |
| 02-cv-40202 | Graupner, et al v. Town of Brookfield, et al |
| 02-cv-40211 | Grant v. Saint-Gobain Abrasiv, et al |
| 02-cv-40215 | AT&T Wireless, PCS v. Town of Westminster, et al |
| 02-cv-40218 | Jackson v. Flynn, et al |
| 02-cv-40232 | Schwans Sales Enterprise v. Commerce Bank & Trust |
| 02-cv-40238 | Butler v. Sigma-Aldrich, Inc. |
| 02-cv-40243 | R. W. Granger & Sons, v. Amsco, Inc. |
| 02-cv-40245 | Goguen v. Textron, Inc. |
| 02-cv-40248 | Billings v. Town of Grafton, et al |
| 03-cv-10348 | Johnson v. Bissonette |
| 03-cv-11318 | Wallis v. Certain John Doe Police Officers of the City of Worcester Police Department |
| 03-cv-11422 | Drury v. The New England Regional Council of Carpenters, et al |
| 03-cv-12099 | Acher v. Fujitsu Network Communications, Inc. |

| | |
|---|---|
| 03-cv-40003 | Robertson v. Town of Webster, et al |
| 03-cv-40008 | Aspen v. Bissonette, et al |
| 03-cv-40010 | Matos v. Clinton School District, et al |
| 03-cv-40013 | Horibin v. Providence & Worcester |
| 03-cv-40017 | Steel Communications, Inc. v. Ironcraft Fabrication, et al |
| 03-cv-40020 | Moriarty v. Luxtec Corporation, et al |
| 03-cv-40028 | Sacco v. The Limited, N. C. |
| 03-cv-40029 | Celko v. Daewoo Heavy Industries, et al |
| 03-cv-40030 | Crellin Handling Equ v. Komatsu Forklift Com, et al |
| 03-cv-40034 | MT Hawley Insurance, et al v. CSX Transportation, et al |
| 03-cv-40035 | Life v. Pilgrim Capital Mana, et al |
| 03-cv-40036 | Southern States Coop v. Holden Agway Realty |
| 03-cv-40037 | Southern States Coop v. Grafton Agway Realty |
| 03-cv-40039 | McQuade v. Prudential Insurance, et al |
| 03-cv-40040 | Aguiar v. Winn |
| 03-cv-40041 | Optim Inc. v. PW Allen Company, LT |
| 03-cv-40043 | Putnam Lane Realty v. CSX Transportation, et al |
| 03-cv-40050 | Villar v. Bissonnette |
| 03-cv-40051 | Charter Communications v. Rupolo |
| 03-cv-40055 | Pietropaoli, et al v. Daimler Chrysler Corporation |
| 03-cv-40056 | Reed v. Wright Line Inc., et al |
| 03-cv-40068 | Insci Corporation v. EXDS, Inc. |

| | |
|---|---|
| 03-cv-40074 | Colonial American Ca v. R.W. Granger & Sons |
| 03-cv-40076 | Allegro Microsystems v. Trilogy Leasing Company |
| 03-cv-40079 | Brunell v. Foresight Systems, I, et al |
| 03-cv-40080 | Sumner, et al v. Darren, et al |
| 03-cv-40091 | Maina, et al v. United States of America |
| 03-cv-40094 | Riverdale Mills Corporation v. Inductoheat, Inc. |
| 03-cv-40095 | Certain Interested U, et al v. Volvo Trucks North America |
| 03-cv-40096 | Lindberg v. Volvo Trucks North America |
| 03-cv-40097 | Francis Harvey & Sons v. Commissioner of the IRS |
| 03-cv-40098 | Francis Harvey & Sons v. Commissioner of the IRS |
| 03-cv-40099 | Francis Harvey & Sons v. Commissioner of the IRS |
| 03-cv-40101 | Moore v. Geoffroy, et al |
| 03-cv-40103 | DIRECTV, Inc. v. St. Angelo |
| 03-cv-40105 | DIRECTV, Inc. v. Morris |
| 03-cv-40108 | Oberist v. Provident Life and Accident Insurance Company |
| 03-cv-40113 | Phoenix Insurance Company, et al v. Daimler Chrysler Corp. |
| 03-cv-40119 | Raffaele  v. Swaine, et al |
| 03-cv-40128 | Wheeler et al v. United States of America |
| 03-cv-40129 | Filer v. R.M. Griffin & Associates |
| 03-cv-40132 | United States of America v. Dodge, et al |
| 03-cv-40137 | UNUM Life Insurance Company of America v. Cotton |
| 03-cv-40141 | Lukacinsky v. Panasonic Service Company, et al |
| 03-cv-40142 | Buono v. Cioppa, et al |

| | |
|---|---|
| 03-cv-40146 | The Holmes Group, Inc. v. RPS Products, Inc. |
| 03-cv-40147 | Iorio v. Aramark Servicemaster |
| 03-cv-40148 | The Hope Group v. Thermotech Corporation |
| 03-cv-40154 | Ginyard v. Winn |
| 03-cv-40157 | Ellis, et al v. The Prudential Insurance Company of America Inc. |
| 03-cv-40162 | Tashjian v. Internal Revenue Service |
| 03-cv-40168 | Nwosu v. Bureau of Prisons, et al |
| 03-cv-40169 | VBI Holdings, Inc. et al v. Sitel Corporation |
| 03-cv-40176 | Charter Communications Entertainment Inc. LLC v. Levine |
| 03-cv-40177 | Aresenault v. Speedfam-ipec, Inc. |
| 03-cv-40179 | Charter Communications Inc. LLC v. Horr |
| 03-cv-40183 | Amato v. Unita Packing, Inc. et al |
| 03-cv-40185 | United States of America v. Hawes et al |
| 03-cv-40186 | Johnson v. Maloney et al |
| 03-cv-40193 | Faure v. Blockbuster, Inc. |
| 03-cv-40194 | Desrosier v. Bissonette et al |
| 03-cv-40195 | Davis v. Protection One Alarm Monitoring Inc. |
| 03-cv-40200 | Williams v. Bissonnette |
| 03-cv-40201 | Brace v. Haley et al |
| 03-cv-40207 | The Citizens Insurance Company v. Lobaugh et al |
| 03-cv-40208 | Lund, et al v. Intermatic Incoporated |
| 03-cv-40210 | Ryba v. La Lancette, et al |
| 03-cv-40213 | Continental Casualty Company a/s/o Creative Paper, Inc. et al v. |

Over Meccania S. P.A.

| | |
|---|---|
| 03-cv-40214 | United States of America et al v. J &W Company et al |
| 03-cv-40217 | Kirby v Guardian Industries Corporation et al |
| 03-cv-40219 | Fennessy v Barnhart |
| 03-cv-40223 | Parker v AT&T Corp |
| 03-cv-40224 | Matos v Winn |
| 03-cv-40227 | Minchenberg v IC Federal Credit Union |
| 03-cv-40228 | The Charter Oak Fire Insurance Co. v Sciabarrasi |
| 03-cv-40231 | Cyrus v FMC, Devens |
| 03-cv-40233 | Buckhorn Inc., et al. V TRW Automotive U.S., LLC |
| 03-cv-40234 | E&G Food Corp., et al v Sovereign Bank |
| 03-cv-40235 | Smit v Adams and Associates, Inc. |
| 03-cv-40238 | Comcast of Massachusetts III, Inc. v Coco, et al |
| 03-cv-40240 | Charter Communications Entertainment I v Blanchard |
| 03-cv-40241 | Sweeney v Barnhart |
| 03-cv-40242 | Vecchia v Fontaine, et al. |
| 03-cv-40245 | O'Leary v Provident Life and Accident Insurance Company |
| 03-cv-40246 | Armstrong et al v Rohm and Haas Company |
| 03-cv-40248 | Angelis v Irving Shechtman & Company Inc., et al |
| 03-cv-40252 | United States of America v Curran |
| 03-cv-40254 | Directv, Inc. v Baldwin |
| 03-cv-40256 | Directv Inc. v Hutchinson |
| 03-cv-40257 | Directv Inc v Despres |

| | |
|---|---|
| 03-cv-40259 | Bohanan v General Electric Capital Assurance Company |
| 03-cv-40260 | Wagner v Societe Air France |
| 03-cv-40261 | Wagner v Societe Air France |
| 03-cv-40262 | Wagner v Societe Air France |
| 03-cv-40263 | Wagner v Societe Air France |
| 03-cv-40264 | Donahue v Societe Air France |
| 03-cv-40265 | Walsh v Societe Air France |
| 03-cv-40266 | American Manufactures Mutual Insurance Company v Town of Brookfield |
| 03-cv-40268 | Storie et al v Household International, Inc et al |
| 03-cv-40270 | Directv, Inc v Normandin |
| 03-cv-40271 | Barton v Commissioner of Massachusetts Department of Correction |
| 03-cv-40276 | Wilkinson et al v I-Flow Corporation |
| 03-cv-40280 | Vezina v Department of the Army et al |
| 03-cv-40281 | Ramirez v O'Brien |
| 03-cv-40283 | Pomeroy v Ashburnham Westminster Regional School District |
| 03-cv-40284 | Pro Con, Incorporated v General Electric Company |
| 03-cv-40285 | Aquino v Pacesetter Adjustment Company |
| 03-cv-40286 | Aquino v Pacesetter Adjustment Company |
| 04-cv-40001 | Arzeno v O'Brien |
| 04-cv-40003 | Southwestern Bell Mobile Systems, LLC v Clark et al |
| 04-cv-40004 | Southwestern Bell Mobile Systems, LLC v Nestler et al |

| | |
|---|---|
| 04-cv-40005 | Express Franchise Services, LP et al v Express Temps, Inc et al |
| 04-cv-40007 | Lopez v Barnhart |
| 04-cv-40008 | Directv, Inc v Williamson |
| 04-cv-40009 | Directv, Inc v Fischer et al |
| 04-cv-40010 | Leahy v Prima North America Inc |
| 04-cv-40011 | United States of America v 62 cases, more or less, of Betatrim et al |
| 04-cv-40012 | Montanari v Blair House of Milford et al |
| 04-cv-40014 | Bennett v Saint-Gobain Corporation et al |
| 04-cv-40016 | Balogh v Poirier et al |
| 04-cv-40018 | Gonzalez et al v City of Fitchburg et al |
| 04-cv-40019 | ITASN, Inc v Dalton et al |
| 04-cv-40020 | Shaw v Aetna Life Insurance Company |
| 04-cv-40021 | Green Mountain Realty Corp v The Town of Sturbridge of Massachusetts et al |
| 04-cv-40024 | Solmetex, Inc v Maximum Separation Systems, Inc |
| 04-cv-40027 | Davinci Biomedical Research Products, Inc v Toshiba America Medical Systems, Inc |
| 04-cv-40028 | Lopez v Insurance Restoration Systems, Inc |
| 04-cv-40029 | Fahlbeck v Astrazeneca LP et al |
| 04-cv-40030 | Dugay v Quirk Wire Co., Inc et al |
| 04-cv-40031 | Lopez v Barnhart |
| 04-cv-40032 | United States of America v Pilling |
| 04-cv-40033 | United States of America v Pilling |

| | |
|---|---|
| 04-cv-40034 | Saint-Gobain Ceramics & Plastics Inc. v Coorstek, Inc. |
| 04-cv-40040 | Charter Communications Entertainment v Romasco |
| 04-cv-40041 | Anguilo v Winn |
| 04-cv-40044 | Muthulingam v Education Information Consultants, et al. |
| 04-cv-40046 | Directv, Inc v Windover |
| 04-cv-40047 | Local Union No. 96 International Brotherhood of Electrical Workers v Ostrow Electric Company, Inc. |
| 04-cv-40049 | Bacou-Dalloz USA Safety, Inc., et al v Cabot Safety Intermediate Corporation, et al. |
| 04-cv-40050 | Opokua v Boateng |
| 04-cv-40052 | Potter v Winn |
| 04-cv-40054 | Richards v Southbridge Power and Thermal, LLC |
| 04-cv-40055 | Rodriguez v Commonwealth of Massachusetts |
| 04-cv-40056 | In Re: Dehon Inc. |
| 04-cv-40057 | Lovett-Parsons, et al v United States of America |
| 04-cv-40058 | Bernat v Gentex Optics |
| 04-cv-40059 | Tavares v Commonwealth of Massachusetts |
| 04-cv-40060 | Apex Mortgage Corporation v Fleury, et al. |
| 04-cv-40061 | The United States for the use and benefit of Newport Sand and Gravel v Lincoln D. Realty Corporation, et al. |
| 04-cv-40063 | Charter Communications Entertainment , I v Voyiatzis |
| 04-cv-40064 | Charter Communications Entertainment, I v Cintron |
| 04-cv-40065 | Chao v Anger, et al. |

| | |
|---|---|
| 04-cv-40067 | Lawrence v Chemdesign Corporation et al. |
| 04-cv-40071 | Asher v Discover Financial Services, Inc. |
| | |
| 04-cv-40072 | Charter Communications Entertainment I v Duggan |
| 04-cv-40073 | Unum Life Insurance Company of America v Blenkhorn, et al. |
| 04-cv-40074 | Turner v Winn, et al. |
| 04-cv-40077 | Speakman et al. V Allmerica Financial Life Insurance & Annuity Company, et al. |
| 04-cv-40078 | Paradise v McTague, et al. |
| 04-cv-40079 | Berman et al v Dehon, Inc., et al. |
| 04-cv-40080 | Charter Communications Entertainment, I v Patel |
| 04-cv-40081 | Charter Communications Entertainment, I v Sosa |
| 04-cv-40082 | Charter Communications Entertainment, I v Banks |
| 04-cv-40086 | Reade v Sanderson, et al. |
| 04-cv-40087 | Hampton Properties v Eresian |
| 04-cv-40092 | Alberghini v Simonds Industries, Inc. |
| 04-cv-40093 | Van Orman v Flynn |
| 04-cv-40094 | Whitney v Flynn |
| 04-cv-40095 | LaPan v Winn |
| 04-cv-40096 | Guinn v Winn |
| 04-cv-40097 | Charter Communications v Snay |
| 04-cv-40098 | Charter Communications v Thomas |
| 04-cv-400102 | Woods v Internal Revenue Service |

04-cv-40106            Edsall, et al v Assumption College, et al.

04-cv-40109            Chao v Anger, et al

04-cv-40110            Halloran v RJM Corporation, et al.

04-cv-40112            Chao v Local 170, International Brotherhood of Teamsters, AFL-

                       CIO

04-cv-40113            Steffenberg v Gilman, et al.

04-cv-40114            LaFrenier v Kinirey, et al.