UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHERINE WAGNER, et al. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SOCIÉTÉ AIR FRANCE (improperly designated )<br>as "Air France") )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO.: 03-40260 |

and

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NORMAN WAGNER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SOCIÉTÉ AIR FRANCE (improperly designated )<br>as "Air France") )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO.: 03-40261 |

and

35017321.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JESSICA WAGNER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SOCIÉTÉ AIR FRANCE (improperly designated )<br>as "Air France") )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO.: 03-40262 |

and

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAKE WAGNER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SOCIÉTÉ AIR FRANCE (improperly designated )<br>as "Air France") )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO.: 03-40263 |

and

35017321.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN DONAHUE,<br><br>      Plaintiff,<br><br>v.<br><br>SOCIÉTÉ AIR FRANCE (improperly designated as "Air France")<br><br>      Defendant. | CIVIL ACTION NO.: 03-40264 |

and

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SEAN WALSH,<br><br>      Plaintiff,<br><br>v.<br><br>SOCIÉTÉ AIR FRANCE (improperly designated as "Air France")<br><br>      Defendant. | CIVIL ACTION NO.: 03-40265 |

## **NOTICE OF WITHDRAWAL OF APPEARANCE**

Attorney Peter F. Winters of Robins, Kaplan, Miller & Ciresi L.L.P. hereby files his Withdrawal of Appearance as counsel for defendant Société Air France.

35017321.1

                                  Respectfully submitted,

                                  ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

                                  _____

                                  Peter F. Winters (BBO #555698)

Dated: July 21, 2004               111 Huntington Avenue, Suite 1300

                                  Boston, MA 02199

                                  (617) 267-2300

35017321.1