UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHERINE WAGNER, et al.<br><br>    Plaintiff,<br><br>v.<br><br>SOCIÉTÉ AIR FRANCE (improperly designated as "Air France")<br><br>    Defendant. | CIVIL ACTION NO.: 03-40260 |

and

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NORMAN WAGNER<br><br>    Plaintiff,<br><br>v.<br><br>SOCIÉTÉ AIR FRANCE (improperly designated as "Air France")<br><br>    Defendant. | CIVIL ACTION NO.: 03-40261 |

and

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JESSICA WAGNER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SOCIÉTÉ AIR FRANCE (improperly designated )<br>as "Air France") )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO.: 03-40262 |

and

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAKE WAGNER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SOCIÉTÉ AIR FRANCE (improperly designated )<br>as "Air France") )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO.: 03-40263 |

and

BN1.35017602;1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN DONAHUE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SOCIÉTÉ AIR FRANCE (improperly designated )<br>as "Air France") )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO.: 03-40264 |

and

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SEAN WALSH )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SOCIÉTÉ AIR FRANCE (improperly designated )<br>as "Air France") )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO.: 03-40265 |

**NOTICE OF APPEARANCE**

Please enter my appearance on behalf of the Defendant, Société Air France, in connection with the above-captioned matters.

BN1 35017602;1

                                       Respectfully submitted,

                                       _____

                                       Karen Dahlberg (BBO Pending)
                                       ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
                                       111 Huntington Avenue, Suite 1300
                                       Boston, MA 02199

Dated: August 6, 2004                 (617) 267-2300

BN1 35017602;1

## CERTIFICATE OF SERVICE

    I, Karen Dahlberg, Esq., hereby certify that on August 6, 2004, I served a true and accurate copy of a Notice of Withdrawal of Peter F. Winters and a Notice of Appearance of Karen Dahlberg, first class mail, postage prepaid to counsel for each of the plaintiffs, Bruce Skrine, 628 Lewis Wharf, Boston, MA 02110.

                                                                Karen Dahlberg