| | |
|---|---|
| NORM WAGNER et al., <br><br> Plantiffs, <br><br> V. <br><br> SOCIETE AIR FRANCE <br><br> Defendant | FILED<br>OFFICE<br>2004 -- 20  A 11: 55<br>CIVIL ACTION NO.:03-40260-265<br>U.S. DISTRICT COURT<br>DISTRICT OF MASS.<br>FDS |

## ASSENTED TO MOTION TO CONTINUE

All parties through their Attorneys hereby agree to continue the August 25th scheduling conference on the following matters.

        03-40260
        03-40261
        03-40262
        03-40263
        03-40264
        03-40265

The case has been settled and dismissal documents are being prepared for filing.

                                                  NORM WAGNER et al,
                                                    Plantiffs,
                                                    By their Attorney,

                                                   Bruce Skrine, Esq.
                                                   628 Lewis Wharf
                                                   Boston, Ma  02110
                                                   508-331-6899

CC: Karen Dahlburg
     ROBINS, KAPLAN
     MILLER & CIRESLI L.L.P.
     111 Hunington Avenue, Suite 1300
     Boston, Ma  02199