|                          |                                   |
|--------------------------|-----------------------------------|
| NORM WAGNER et al.,      | FILED<br>CLERK'S OFFICE           |
| Plantiffs,               | 2004 AUG 30 P 1: 16<br>CIVIL ACTION NO.: 03-40260-265 |
| V.                       | U.S. DISTRICT COURT<br>FDS        |
| SOCIETE AIR FRANCE       |                                   |
| Defendant                |                                   |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

All parties through their Attorneys hereby voluntarily agree to dismiss, with prejudice, the below captioned six actions.

> 03-40260
> 03-40261
> 03-40262
> 03-40263
> 03-40264
> 03-40265

Futhermore, it is agreed that each party shall bear his or her own costs and fees.

| | |
|---|---|
| NORM WAGNER et al.,<br>Plantiffs,<br>By their Attorney, | SOCIETE AIR FRANCE<br>Defendent,<br>By its Attorney, |
| *[signature]* | *[signature]* |
| Bruce Skrine, Esq.<br>628 Lewis Wharf<br>Boston, Ma 02110<br>508-331-6899 | John N. Love<br>ROBINS, KAPLAN<br>MILLER & CIRESLI L.L.P.<br>111 Hunington Avenue, Suite 1300<br>Boston, Ma 02199<br>617-267-2300 |